NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

OCT 23 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CONRAD CESAR NEVAREZ,

      Plaintiff - Appellant,

  v.

IDAHO STATE CORRECTIONAL
CENTER; WARREN T. DAVIS; ATC,
Access to Courts Center,

      Defendants - Appellees.

No. 23-2762

D.C. No. 1:23-cv-00341-AKB

MEMORANDUM*

Appeal from the United States District Court for the
District of Idaho
Amanda K. Brailsford, District Judge, Presiding

Submitted October 16, 2024**

Before:    SILVERMAN, R. NELSON, and MILLER, Circuit Judges.

    Former Idaho state prisoner Conrad Cesar Nevarez appeals pro se from the
district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to pay
the filing fee after denying Nevarez's motion to proceed in forma pauperis ("IFP").

---

    *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's interpretation and application of 28 U.S.C. § 1915(g). *Andrews v. Cervantes*, 493 F.3d 1047, 1052 (9th Cir. 2007). We affirm.

The district court properly denied Nevarez's motion to proceed IFP because Nevarez had filed at least three prior actions in federal court that were dismissed as frivolous, malicious, or for failure to state a claim, and Nevarez did not plausibly allege that he was "under imminent danger of serious physical injury" at the time that he lodged the complaint. *See* 28 U.S.C. § 1915(g); *Andrews*, 493 F.3d at 1055-56 (discussing the imminent danger exception to § 1915(g)).

All pending motions and requests are denied.

**AFFIRMED.**